# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00976-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO ANSWER<br><br>(ECF No. 37) |

Plaintiff Michael Foster is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 12, 2023, Plaintiff filed a reply to Defendant's answer. (ECF No. 37.)

Neither the Federal Rules of Civil Procedure nor the Local Rules provide for the right to file a reply to an answer, and the Court did not order that a reply be filed. Fed. R. Civ. P. 7(a)(7). Therefore, the reply to the answer filed by Plaintiff on May 12, 2023, is stricken from the record.

IT IS SO ORDERED.

Dated: **May 15, 2023**

UNITED STATES MAGISTRATE JUDGE

1