UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>               Plaintiff,<br><br>          v.<br><br>KEN CLARK, et al.,,<br><br>               Defendants. | No.  1:22-cv-00976-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE PLEADINGS<br><br>(ECF No. 46) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant Romero for deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment.

Defendant filed an answer to the complaint on March 27, 2023.  (ECF No. 24.)

On July 10, 2023, Plaintiff filed a motion for a 60 day extension of time to amend the pleadings.  (ECF No. 46.)  On July 24, 2023, Plaintiff submitted an amended complaint which was lodged by the Court.  (ECF No. 48.)

On April 28, 2023, the Court issued the discovery and scheduling order setting July 28, 2023, as the deadline to amend the pleadings.  (ECF No. 35.)  The Court construes Plaintiff's motion for an extension of time to amend the pleadings as motion to amend the complaint as an amended complaint was lodged on July 24, 2023.

1

Defendant has not filed an opposition or statement of non-opposition to Plaintiff's motion to amend the complaint pursuant to Local Rule 230(l).  Accordingly, it is HEREBY ORDERED that within **fifteen (15)** days from the date of service of this order, Defendant shall file an opposition or statement of non-opposition to Plaintiff's motion to amend the complaint.

IT IS SO ORDERED.

Dated:   **August 2, 2023**

UNITED STATES MAGISTRATE JUDGE