# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>        Plaintiff,<br><br>   v.<br><br>KEN CLARK, et al.,,<br><br>        Defendants. | No.  1:22-cv-00976-JLT-SAB (PC)<br><br>ORDER DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On November 6, 2023, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 7, 2023**

UNITED STATES MAGISTRATE JUDGE

1